PATRICIA J. CURTO, Appellant, v NEW YORK STATE THRUWAY AUTHORITY et al., Respondents. (Claim No. 116804-A.)

Submitted November 5, 2012; decided January 8, 2013

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 811 (2012)].

WINIFRED K. DAY, Appellant, v ONE BEACON INSURANCE, Respondent.

Submitted November 19, 2012; decided January 8, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of SANTO GONZALEZ, Appellant, v DOMINICK VENETTOZZI, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted November 13, 2012; decided January 8, 2013

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 812 (2012)].

In the Matter of SHAWN G. GRANGER, Respondent, v DANIELLE D. MISERCOLA, Appellant.

Submitted December 10, 2012; decided January 8, 2013

Motion by respondent for poor person relief granted.